JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

JEFFREY R. FINIGAN (CASBN 168285)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-7232
Facsimile: (415) 436-7234
Email: jeffrey.finigan@usdoj.gov

Attorneys for the United States of America

**FILED**
APR 1 9 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARILYN INFANTE, ) <br> ) <br> Defendant. ) <br> ) | No: CR 10-0115 WHA <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |

The above-captioned matter came before the Court on April 14, 2010, for initial appearance. The defendant was represented by Garrick S. Lew, and the government was represented by Jeffrey Finigan, Assistant United States Attorney. The matter was continued to May 4, 2010, at 2:00 p.m. for initial appearance in District Court.

The Court made findings on April 14, 2010, that the time from and including April 14, 2010, through and including May 4, 2010, should be excluded under the Speedy Trial Act, 18

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 10-0115 WHA

1  U.S.C. § 3161(h)(7)(A), because the ends of justice served by taking such action outweighed the
2  best interest of the public and the defendant in a speedy trial. The finding was based on the need
3  for the defendant to have reasonable time necessary for effective preparation and for continuity of
4  counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).
5        The parties hereby agree to and request that the case be continued until May 4, 2010, and
6  that the exclusion of time until then be granted. The parties agree and stipulate that the
7  additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(7)(A),
8  because the ends of justice served by this continuance outweigh the best interest of the public and
9  the defendant in a speedy trial. This time exclusion will allow defense counsel to effectively
10  prepare, taking into account the exercise of due diligence, and will provide for continuity of
11  counsel for the defendant.

13  DATED: April 19, 2010

      /s/
GARRICK S. LEW
Counsel for Defendant

17  DATED: April 19, 2010

      /s/
JEFFREY R. FINIGAN
Assistant U.S. Attorney

19  So ordered.
20  DATED: 19 April '10

BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 10-0115 WHA                                    2