JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

JEFFREY R. FINIGAN (CASBN 168285)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-7232
Facsimile: (415) 436-7234
Email: jeffrey.finigan@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARILYN INFANTE, <br><br> Defendant. | No: CR 10-0115 WHA <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |

The above-captioned matter came before the Court on May 4, 2010, for initial appearance. The defendant was represented by Garrick S. Lew, and the government was represented by Douglas Sprague, Assistant United States Attorney. The matter was continued to June 22, 2010, at 2:00 p.m. for status.

The Court made findings on May 4, 2010, that the time from and including May 4, 2010, through and including June 22, 2010, should be excluded under the Speedy Trial Act, 18 U.S.C.

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 10-0115 WHA

1  § 3161(h)(7)(A), because the ends of justice served by taking such action outweighed the best
2  interest of the public and the defendant in a speedy trial.  The finding was based on the need for
3  the defendant to have reasonable time necessary for effective preparation and for continuity of
4  counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).
5       The parties hereby agree to and request that the case be continued until June 22, 2010,
6  and that the exclusion of time until then be granted.  The parties agree and stipulate that the
7  additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(7)(A),
8  because the ends of justice served by this continuance outweigh the best interest of the public and
9  the defendant in a speedy trial.  This time exclusion will allow defense counsel to effectively
10 prepare, taking into account the exercise of due diligence, and will provide for continuity of
11 counsel for the defendant.

13 DATED: May 5, 2010                    _____/s/_____
                                         GARRICK S. LEW
14                                       Counsel for Defendant

16
   DATED: May 5, 2010                    _____/s/_____
17                                       JEFFREY R. FINIGAN
                                         Assistant U.S. Attorney

19 So ordered.
20 DATED:  May 6, 2010.
                                         _____
21                                       WILLIAM H. ALSUP
                                         UNITED STATES DISTRICT COURT JUDGE



STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 10-0115 WHA                    2