```
 1  GARRICK S. LEW (SBN 61889)
    Law Offices of Garrick S. Lew
 2  Design Center East
    600 Townsend Street, Suite 329E
 3  San Francisco, CA 94103-4937
    Telephone: (415) 575-3588
 4  Facsimile:  (415) 522-1506
    gsl@defendergroup.com
 5
    Attorney for Defendant
 6  MARILYN INFANTE
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 3:10-cr-00115-WHA |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER FOR PERMISSION TO |
| vs. | ) | TRAVEL MAY 29 - JUNE 1, 2010 |
| | ) | |
| MARILYN INFANTE, | ) | |
| | ) | |
| Defendant. | ) | |

THE PARTIES HEREBY STIPULATE AND AGREE that defendant MARILYN INFANTE be granted permission to travel outside the Northern District of California to Las Vegas, Nevada from May 29 through June 1, 2010. Ms. Infante is traveling to coordinate repair work necessary on a rental property she owns. Her Pretrial Services Officer Ken Gibson advised that she is in compliance with her conditions and has no objections to this request. Ms. Infante will provide Mr. Gibson with her travel itinerary and local contact information for this trip prior to her departure.

```
  /S/                                        /S/
Garrick S. Lew                            Jeffrey Finigan
Attorney for Marilyn Infante              Assistant U.S. Attorney
Dated: May 24, 2010                       Dated:
```

*United States v. Infante*
CR 3:10-cr-00115-WHA                1

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 3:10-cr-00115-WHA |
| Plaintiff, | ) ) | [PROPOSED] ORDER FOR PERMISSION TO TRAVEL |
| vs. | ) ) | MAY 29 - JUNE 1, 2010 |
| MARILYN INFANTE, | ) ) | |
| Defendant. | ) ) | |

**[PROPOSED] ORDER**

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that defendant Marilyn Infante be permitted to travel to Las Vegas, Nevada, on May 29 through June 1, 2010. Ms. Infante must remain in contact with her Pretrial Services Officer Ken Gibson during this time.

IT IS SO ORDERED.

Dated: May 25, 2010

The Honorable Bernard Zimmerman
United States Magistrate Judge

*United States v. Infante*
CR 3:10-cr-00115-WHA                    2