UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff(s), | ) | No. CR 10-0115 WHA (BZ) |
| v. | ) | **ORDER SCHEDULING HEARING** |
| MARILYN INFANTE, | ) | |
| Defendant(s). | ) | |

In view of the disclosure that defendant had some months ago sent $345,000 to the Phillippines, the Court has become concerned that defendant was not candid in completing her financial declaration on the basis of which she was appointed counsel. **IT IS THEREFORE ORDERED** that a hearing to review defendant's CJA status and to determine whether she shall reimburse the United States for all or part of the cost of her representation, is scheduled for **February 23, 2011 at 1:30 p.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. In the

///

///

1

event her assets are applied towards restitution, this issue may become moot.

Dated: January 14, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\CRIMINAL\ORDERS\ORDERS.2011\INFANTE ORDER SCHEDULING HRG.wpd

2