UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 10-0115-WHA |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER |
| - vs. - | |
| MARILYN INFANTE, | |
| Defendant. | |

Defendant MARILYN INFANTE's counsel of record, Andrew Alexander Dósa, just recently substituted in as her attorney and needs additional time to fully review the file and be prepared to address the various issues remaining for Defendant. Mr. Dósa requested that the United States Attorney, Jeffrey R. Finigan, stipulate to a continuance of the sentencing hearing, and Mr. Finigan graciously agreed to do so. Therefor,

IT IS HEREBY STIPULATED AND AGREED by all parties herein, by the United States of America, by and through The United States Attorney MELINDA HAAG, and Jeffrey R. Finigan, Assistant United States Attorney, and by Defendant MARILYN INFANTE, by and through her attorney of record, Andrew Alexander Dósa, that the Sentencing Hearing, presently set for February 17, 2011 at 2:00 p.m. before the Hon. William H. Alsup, can be continued to

////

Substitution of Attorney

March 15, 2011 at 2:00 p.m. in Courtroom 9.

Dated: February 10, 2011

Andrew Alexander Dósa
Attorney for Defendant MARILYN INFANTE

Dated: February 10, 2011

MELINDA HAAG
United States Attorney

JEFFREY R. FINIGAN
Assistant United States Attorney

IT IS SO ORDERED

Dated: February __11__, 2011

WILLIAM H. ALSUP
United States District Court Judge