UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. CR 10-0115-WHA** |
| Plaintiff. | **STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER** |
| - vs. - | |
| MARILYN INFANTE, | |
| Defendant. | |

Defendant MARILYN INFANTE's counsel of record, Andrew Alexander Dósa, on behalf of defendant, requested United States Attorney, Jeffrey R. Finigan, stipulate to a continuance of the sentencing hearing, presently set for March 23, 2011 at 9:00 a.m., to March 24, 2011 at 2:00 a.m., to accommodate defendant and counsel's schedules. Mr. Finigan graciously agreed to do so. Therefor,

**IT IS HEREBY STIPULATED AND AGREED** by all parties herein, by the United States of America, by and through The United States Attorney MELINDA HAAG, and Jeffrey R. Finigan, Assistant United States Attorney, and by Defendant MARILYN INFANTE, by and through her attorney of record, Andrew Alexander Dósa, that the Sentencing Hearing, presently set for March 23, 2011 at 9:00 a.m. before the Hon. William H. Alsup, can be continued to

////

1

March 24, 2011 at 2:00 p.m. in Courtroom 9.

Dated: March 15, 2011

_____
Andrew Alexander Dósa
Attorney for Defendant MARILYN INFANTE


Dated: March 15, 2011

MELINDA HAAG
United States Attorney

_____  Signed by Andrew Dósa
JEFFREY R. FINIGAN           with M. Finigan's
Assistant United States Attorney  approval

The sentencing hearing is continued to March 24, 2011, at **1:00 p.m.**

**IT IS SO ORDERED**

Dated: March 17, 2011

_____
WILLIAM H. ALSUP
United States District Court Judge

Stipulation to Continue Sentencing Hearing