IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

MARILYN INFANTE,

    Defendant.
                              /

No. CR 10-0115 WHA

**NOTICE REGARDING QUESTIONS FOR SENTENCING**

      Among other sentencing issues counsel and the probation officer should be prepared to address:

      1.    What was the total number of loans done by defendant infected with fraud, whether or not they went into default;

      2.    What was the total amount of money commissions defendant received for all infected loans;

      3.    What specific bureau of prisons facilities are able to properly provide the medical assistance needed by defendant; and

      4.    Identify the most culpable written representation that was false in light of the $345,000 wire.

Dated: March 23, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE