UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff.<br><br>- vs. -<br><br>MARILYN INFANTE,<br><br>            Defendant. | Case No. CR 10-0115-WHA<br><br>**ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DECLARATION OF GEORGE H. SALTZBERG, M.D.** |

    This matter comes before the Court on Defendant's Administrative Motion to File Under Seal Declaration of George H. Saltzberg, M.D. Upon consideration of Defendant's Motion, and the entire record of this case,

    IT IS HEREBY ORDERED that Defendant's Motion is granted, and the Declaration of Andrew Dósa Regarding Letter/Declaration of George H. Saltzberg, M.D., which includes Exhibit A, the Letter/Declaration of George H. Saltzberg, M.D. may be filed under seal.

SO ORDERED.

Dated: March 23, 2011

                                                      Hon. William Alsup
                                                      UNITED STATES DISTRICT JUDGE

1

Order Granting Defendant's Administration Motion to File Under Seal Declaration of George H. Saltzberg, M.D.