IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MARILYN INFANTE,<br><br>    Defendant.<br>                                                 / | No. CR 10-0115 WHA<br><br>**ORDER REQUESTING RESPONSE FROM DEFENSE CONCERNING GOVERNMENT REQUEST TO MODIFY JUDGMENT** |

The Court has received the appended letter from the government. The defense shall please respond concerning whether it has any objection to the requested modification to the form of judgment by **APRIL 7, 2011**.

**IT IS SO ORDERED.**

Dated: April 4, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE



## U.S. Department of Justice

*United States Attorney*
*Northern District of California*

*11th Floor, Federal Building*  (415) 436-7200
*450 Golden Gate Avenue, Box 36055*
*San Francisco, California 94102*  *FAX:(415) 436-7234*

March 31, 2011

VIA HAND DELIVERY
Honorable William H. Alsup
United States District Court Judge
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102

    Re: United States v. Marilyn Infante,
        CR 10-0115 WHA

Dear Judge Alsup,

We received the Judgment on March 28, 2011, and respectfully request that the Court modify it as follows:

1. On page 5 of 7 the payee for restitution purposes should have more information and appear as follows:

    FDIC as Receiver for Washington Mutual Bank
    FDIC Restitution Payments
    P.O. Box 971774
    Dallas, Texas 75397-1774

2. On page 6 of 7 the lump sum payment due immediately should be the total amount of $600,778.65 (special assessment + fine + restitution). To the extent the defendant can not pay it immediately, then the balance is due as currently ordered.

Thank you.

        Sincerely,

        MELINDA HAAG
        United States Attorney

By: _____
      JEFFREY FINIGAN
      Assistant United States Attorney

cc: Andrew Dosa, Esq. (via email)