IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

MARILYN INFANTE,

    Defendant.

 /

No. CR 10-0115 WHA

**ORDER REQUESTING FURTHER RESPONSES FROM BOTH SIDES REGARDING DISPUTE OVER RESTITUTION**

Post-sentencing, the parties now dispute the amount and manner of restitution to be paid by defendant. They have stated their positions but not explained them. As more developed responses would be helpful, counsel for both sides shall please file further responses regarding the restitution dispute by **APRIL 15, 2011**. Specifically, counsel shall please address: (i) the authority pursuant to which judgment should or should not be amended; (ii) how the following bear on this issue: the plea agreement, the presentence report, and any relevant discussion at the sentencing hearing; (iii) what evidence exists to support counsels' divergent numbers for restitution; (iv) any justification for the requested method in which restitution is to be paid; and (v) the specific changes requested on the form of judgment by each side.

**IT IS SO ORDERED.**

Dated: April 11, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE