IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-00115 WHA |
| Plaintiff, | |
| v. | **ORDER REQUESTING RESPONSE FROM GOVERNMENT** |
| MARILYN INFANTE, | |
| Defendant. / | |

Defendant has filed a motion for recommendation for home confinement placement (Dkt. No. 73). A response is requested by the government by **NOON ON NOVEMBER 7, 2011**.

**IT IS SO ORDERED.**

Dated: October 31, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE