United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-00115 WHA |
| Plaintiff, | |
| v. | **ORDER REQUIRING RESPONSE FROM GOVERNMENT** |
| MARILYN INFANTE, | |
| Defendant. | |

On October 31, 2011, the government was ordered to submit a response to defendant's motion for recommendation for home confinement placement by November 7, 2011. The government failed to do so. The government is hereby ordered to submit a response no later than **NOON ON NOVEMBER 16**.

**IT IS SO ORDERED.**

Dated: November 12, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE