1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   ALEX G. TSE (CABN 152348)
3  Chief, Civil Division

4  JULIE C. REAGIN (CABN 167934)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7181
7       FAX: (415) 436-6570
        Julie.Reagin@usdoj.gov
8
   Attorneys for Plaintiff
9

10                        UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12                             SAN FRANCISCO DIVISION

13

14 | UNITED STATES OF AMERICA,          ) CASE NO. CR 10-0115 WHA
                                        )
15 |         Plaintiff,                 ) [PROPOSED]
                                        ) ORDER GRANTING APPLICATION FOR
16 |    v.                              ) WRIT OF CONTINUING GARNISHMENT
                                        )
17 | MARILYN INFANTE,                   )
                                        )
18 |         Defendant,                 )
                                        )
19 |                                    )
                                        )
20 | FIDELITY INVESTMENTS,              )
                                        )
21 |         Garnishee.                 )
                                        )
22                                      )
                                        )
23                                      )

24      Upon consideration of the United States' Application for Writ of Continuing Garnishment and

25 for good cause shown,

26      IT IS HEREBY ORDERED that the United States' Application for Writ of Continuing

27 Garnishment is granted.

28 ////

ORDER GRANTING APPLICATION FOR WRIT OF CONTINUING GARNISHMENT
CR 10-0115 WHA                                1

IT IS FURTHER ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment to Fidelity Investments, for the purpose of garnishing defendant Marilyn Infante's property (including nonexempt disposable earnings) in which defendant Marilyn Infante has a substantial nonexempt interest, in order to satisfy the judgment entered against him in the above-captioned case.

Dated: September 21, 2015.

WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE