1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   ALEX G. TSE (CABN 152348)
3  Chief, Civil Division

4  JULIE C. REAGIN (CABN 167934)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7181
7      FAX: (415) 436-6570
       Julie.Reagin@usdoj.gov
8
   Attorneys for Plaintiff
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 10-0115 WHA |
| Plaintiff, | DISPOSITION ORDER |
| v. | |
| MARILYN INFANTE, | |
| Defendant, | |
| FIDELITY INVESTMENTS, | |
| Garnishee. | |

The United States has filed its Application for Disposition Order (Writ of Continuing Garnishment).

The Court finds that:

1.  Judgment debtor and defendant Marilyn Infante (hereinafter "Defendant") is indebted to plaintiff United States of America in the original amount of $600,778.65, plus interest, arising out of an Amended Judgment entered on May 12, 2011, in the United States District Court, Northern District of

DISPOSITION ORDER
CR 10-0115 WHA

1. California. The original Judgment was entered on May 12, 2011. As of September 11, 2015, the balance due on this debt was $216,885.04.

2. The Court issued its Writ of Continuing Garnishment, directed to the Garnishee Fidelity Investments, and the Writ was served on the Garnishee.

3. The Garnishee filed an answer to the Writ indicating that at the time of the service of the Writ, the Garnishee had custody, control or possession of property in which the Defendant has an interest.

4. On October 1, 2015, the Defendant was notified of her right to a hearing and to object to the Garnishee's Answer. The Defendant has neither requested a hearing nor filed an objection to the Garnishee's Answer, and the time to do so has expired.

Based on the foregoing, and for good cause shown,

IT IS HEREBY ORDERED that the Garnishee, Fidelity Investments shall pay to the Plaintiff $215,397.82.

Dated: November 9, 2015.

WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

DISPOSITION ORDER
CR 10-0115 WHA